IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MERCEL GAY,                          No. C 06-01927 SI

         Plaintiff,                   **PRETRIAL PREPARATION ORDER**

   v.

TOYS R US,

         Defendant.
                                   /

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 20, 2006 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 15, 2006.

DESIGNATION OF EXPERTS: 3/16/07; REBUTTAL: 4/2/07.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is April 20, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by January 19, 2007;

    Opp. Due February 2, 2007; Reply Due February 9, 2007;

    and set for hearing no later than February 23, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 15, 2007 at 3:30 PM.

JURY TRIAL DATE: May 29, 2007 at 8:30 AM.,
      Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 4-5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court has ordered plaintiff to effect service on all unserved defendants by August 13, 2006, or risk dismissal of those parties

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 7/18/06

                                             SUSAN ILLSTON
                                             United States District Judge