1   JAMES V. FITZGERALD, III (State Bar No. 55632)
    NOAH G. BLECHMAN (State Bar No. 197167)
2   MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
    PFALZER, BORGES & BROTHERS LLP
3   1211 Newell Avenue
    Post Office Box 5288
4   Walnut Creek, CA 94596
    Telephone: (925) 939-5330
5   Facsimile:  (925) 939-0203

6   Attorneys for Defendant
    CITY OF PINOLE, SGT. WILL PALMINI, and OFFICER
7   MATT MESSIER

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

| 11   MERCEL GAY, | Case No. C06-01927 SI |
|---|---|
| 12         Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING ADR CUT OFF DEADLINE AND FURTHER CASE MANAGEMENT CONFERENCE** |
| 13    vs. | |
| 14   TOYS R US, a corporation, CITY OF PINOLE, a Municipal Corporation, SGT. | |
| 15   WILL PALMINI, Pinole Police Officer, individually and as a Pinole Police | Judge:  Honorable Susan Illston |
| 16   Department Sergeant, MATT MESSIER, individually and as a Pinole Police Officer, | Further CMC: October 19, 2006 |
| 17   L. MORRIS, individually and as a Pinole Police Officer, and Officer Catherine | |
| 18   McDonald, individually and as a Pinole Police Officer, | |
| 19 | |
| 20         Defendants. | |

21          Plaintiff Mercel Gay ("Gay"), and Defendants TOYS R US, CITY OF PINOLE, SGT.

22   WILL PALMINI, and OFFICER MATT MESSIER ("Defendants"), through their respective

23   attorneys of record in this action agree and stipulate as follows:

24          WHEREAS, the parties previously scheduled an ENE session with evaluator Mr. William

25   Chapman for August 25, 2006.

26          WHEREAS, due to a scheduling problem with an indispensable party representative, the

27   ENE conference needed to be continued.  The parties then had difficulty rescheduling the ENE

28   conference due to evaluator Mr. Chapman's unavailability.

STIPULATION AND ORDER CONTINUING
ADR DEADLINE AND FURTHER CMC

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1    WHEREAS, the deadline for the ENE per prior order of the Court was September 25,

2  2006.

3    WHEREAS, the parties have now rescheduled the ENE with all parties and evaluator Mr.

4  Chapman for October 31, 2006.

5    WHEREAS, this matter is currently set for a further Case Management Conference on

6  October 19, 2006, with Your Honor.

7    WHEREAS, the parties hereby agree to seek an extension of time to perform the ENE in

8  this matter per the above rescheduled ENE conference.

9    WHEREAS, the parties hereby agree to seek to continue the further Case Management

10  Conference of October 19th per order of the Court below, to occur subsequent to the currently set

11  ENE conference of October 31, 2006.

12    WHEREAS, the ADR extension agreed upon by the parties will not disrupt or otherwise

13  affect the trial date or other relevant dates in this case

14    THEREFORE, the parties stipulate, through their counsel of record, to the following:

15

16    (1)    The ADR deadline cut off currently scheduled for September 25, 2006,

17  shall be continued until the date of the continued case management conference, listed below; and

18    (2)    The current case management conference of October 19th be continued to a

19  date following the October 31, 2006, scheduled ENE conference.

20

21    IT IS SO STIPULATED.

22

23  DATED: October 10, 2006                LAW OFFICES OF HARRIET ROSS

24

25                                By____/S/_____

26                                    Harriet Ross, Esq.
                                    Attorney for Plaintiff
27                                    MERCEL GAY

28

STIPULATION AND ORDER CONTINUING        2
ADR DEADLINE AND FURTHER CMC

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1    Dated:  October 10, 2006          MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
                                        PFALZER, BORGES & BROTHERS LLP
2

3

4                                      By: _____/S/_____
                                          James V. Fitzgerald, III
5                                          Noah G. Blechman
                                           Attorneys for Defendants
6                                          CITY OF PINOLE, SGT. WILL PALMINI, and
                                           OFFICER MATT MESSIER
7

    Dated:  October 10, 2006          JENKINS GOODMAN NEUMAN & HAMILTON LLP
8

9

10                                     By: _____/S/_____
                                          Robert Hamilton, Esq.
11                                         Pavan L. Rosati, Esq.
                                           Attorneys for Defendant
12                                         TOYS "R" US-DELAWARE, INC.

13

14                                     ORDER

15          Pursuant to the Stipulation of the parties hereto, and good cause appearing, the Court

16   hereby Orders as follows:

17          IT IS HEREBY ORDERED that the ADR deadline cut off currently scheduled for

18   September 25, 2006, shall be continued until the date of the continued case management

19   conference as listed below, and

20          IT IS FURTHER ORDERED that the parties' further case management conference
                                        December 15, 2006 at 2:00 p.m.
21   set for October 19th shall be continued to November ___, 2006, at _____ in my department.

22          IT IS SO ORDERED.

23

24   Dated:  October ___, 2006

25

26                                     _____
                                       HON. SUSAN ILLSTON
27                                     United States District Court Judge

28

STIPULATION AND ORDER CONTINUING          3
ADR DEADLINE AND FURTHER CMC