JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant
CITY OF PINOLE, SGT. WILL PALMINI, and OFFICER
MATT MESSIER

FILED

OCT 25 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MERCEL GAY,

    Plaintiff,

vs.

TOYS R US, a corporation, CITY OF PINOLE, a Municipal Corporation, SGT. WILL PALMINI, Pinole Police Officer, individually and as a Pinole Police Department Sergeant, MATT MESSIER, individually and as a Pinole Police Officer, L. MORRIS, individually and as a Pinole Police Officer, and Officer Catherine McDonald, individually and as a Pinole Police Officer,

    Defendants.

Case No. C06-01927 SI

[PROPOSED] ORDER GRANTING SGT. PALMINI'S REQUEST TO BE EXCUSED FOR PERSONAL ATTENDANCE FOR THE E.N.E. EVALUATION

ENE Date:   October 31, 2006

    Defendants' request to have Sgt. Palmini excused from personal attendance and to be allowed to be available by telephone at the upcoming ENE evaluation having been presented to this Court and good cause having been shown by the Defendants, such request is hereby GRANTED.

    ACCORDINGLY, IT IS HEREBY ORDERED that the Court grants Defendants request to have Sgt. Palmini be excused from personal attendance and to be made available by telephone

///

ORDER GRANTING SGT. PALMINI'S
REQUEST TO BE EXCUSED FOR PERSONAL
ATTENDANCE FOR THE ENE

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1  for the ENE session on October 31, 2006.

3      IT IS SO ORDERED.

5  Dated: 10/25/06

                            Magistrate Judge Wayne Brazil

ORDER GRANTING SGT. PALMINI'S       2
REQUEST TO BE EXCUSED FOR PERSONAL
ATTENDANCE FOR THE ENE