1  JAMES V. FITZGERALD, III (State Bar No. 55632)
   NOAH G. BLECHMAN (State Bar No. 197167)
2  MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
   PFALZER, BORGES & BROTHERS LLP
3  1211 Newell Avenue
   Post Office Box 5288
4  Walnut Creek, CA 94596
   Telephone: (925) 939-5330
5  Facsimile:  (925) 939-0203

6  Attorneys for Defendant
   CITY OF PINOLE, SGT. WILL PALMINI, and OFFICER
7  MATT MESSIER

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | MERCEL GAY, | Case No. C06-01927 SI |
|---|---|---|
| 12 | Plaintiff, | **[PROPOSED] ORDER GRANTING SGT. PALMINI'S REQUEST TO BE EXCUSED FOR PERSONAL ATTENDANCE FOR THE SETTLEMENT CONFERENCE** |
| 13 | vs. | |
| 14 | TOYS R US, a corporation, CITY OF PINOLE, a Municipal Corporation, SGT. WILL PALMINI, Pinole Police Officer, individually and as a Pinole Police Department Sergeant, MATT MESSIER, individually and as a Pinole Police Officer, L. MORRIS, individually and as a Pinole Police Officer, and Officer Catherine McDonald, individually and as a Pinole Police Officer, | SC Date: Jan. 16, 2007 |
| 15 | | Judge: Hon. Joseph Spero |
| 19 | Defendants. | |

21      Defendants' CITY OF PINOLE, SGT. WILL PALMINI and MATT MESSIER request to

22  have Sgt. Palmini be excused from personal attendance and to be allowed to be available by

23  telephone standby for the upcoming Settlement Conference due to his ongoing disability having

24  been presented to this Court and good cause having been shown by the Defendants, such request

25  is hereby GRANTED.

26      ACCORDINGLY, IT IS HEREBY ORDERED that the Court grants Defendants' request

27  to have Sgt. Palmini be excused from personal attendance and to be made available by telephone

28      / / /

standby for the upcoming Settlement Conference session of January 16, 2007.

IT IS SO ORDERED.

Dated: January 9, 2007



Magistrate Judge Joseph C. Spero

ORDER ON SGT. PALMINI'S REQUEST TO BE EXCUSED FOR PERSONAL ATTENDANCE FOR THE SETTLEMENT CONFERENCE

2