ROBERT P. HAMILTON, ESQUIRE - State Bar #115744
PAVAN L. ROSATI, ESQUIRE - State Bar #146171
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
TOYS "R" US-DELAWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MERCEL GAY,

                Plaintiff,

vs.

TOYS R US, a corporation, CITY OF PINOLE, a Municipal Corporation, SGT. WILL PALMINI, Pinole Police Officer, individually and as a Pinole Police Department Sergeant, MATT MESSIER, individually and as a Pinole Police Officer, L. MORRIS, individually and as a Pinole Police Officer, et al.,

                Defendants.

Case No. C06-01927 SI

STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED by and between plaintiff and defendant Toys "R" Us-Delaware, Inc. through their designated counsel that the above-captioned action shall be dismissed with prejudice as to defendant Toys "R" Us-Delaware, Inc., only, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with defendant Toys "R" Us-Delaware, Inc. agreeing to waive costs.

Dated: January 10, 2007

LAW OFFICES OF HARRIET ROSS

By _____
HARRIET ROSS
Attorney for Plaintiff MERCEL GAY

-1-
STIPULATION FOR DISMISSAL

1

2
Dated: January 11, 2007

3
              JENKINS GOODMAN NEUMAN
              & HAMILTON LLP

4

5
              By_____
              Per PAVAN L. ROSATI
              Attorneys for Defendant TOYS "R"

6
              US-DELAWARE, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

-2-
STIPULATION FOR DISMISSAL

ROBERT P. HAMILTON, ESQUIRE - State Bar #115744
PAVAN L. ROSATI, ESQUIRE - State Bar #146171
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
TOYS "R" US-DELAWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEL GAY,<br><br>                Plaintiff,<br><br>vs.<br><br>TOYS R US, a corporation, CITY OF PINOLE, a Municipal Corporation, SGT. WILL PALMINI, Pinole Police Officer, individually and as a Pinole Police Department Sergeant, MATT MESSIER, individually and as a Pinole Police Officer, L. MORRIS, individually and as a Pinole Police Officer, et al.,<br><br>                Defendants. | Case No. C06-01927 SI<br><br>**ORDER OF DISMISSAL** |

Pursuant to the Stipulation of Dismissal signed by the parties and filed with the court, defendant Toys "R" Us-Delaware, Inc. is hereby dismissed from the above action with prejudice.

**IT IS SO ORDERED.**

DATED: _____

_____
SUSAN ILLSTON
DISTRICT JUDGE

-1-
ORDER OF DISMISSAL